**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steven M. UNDERHILL, Defendant–Appellant.**

No. 13–10516.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2014.*

Filed July 28, 2014.

Jean–Claude Andre, Assistant U.S., Lawrence Middleton, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA,

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Elizabeth Olson White, Esquire, Assistant U.S., Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Mario D. Valencia, Esquire, Mario D. Valencia, Attorney at Law, Henderson, NV, for Defendant–Appellant.

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Steven M. Underhill appeals from the district court's judgment and challenges his guilty-plea conviction and five-year term of probation for two counts of making a false statement, in violation of 18 U.S.C. § 1001; and one count of witness tampering, in violation of 18 U.S.C. § 1512(b)(3). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Underhill's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Underhill the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Underhill has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-